

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2016

No. 04-16-00523-CV

**IN RE** Michael **CAMERON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice

On August 16, 2016, relator Michael Cameron filed a petition for writ of mandamus complaining that the trial court refused to stay all proceedings pending the completion of arbitration. Relator also filed a motion seeking a stay of all trial court proceedings pending the final resolution of the petition for writ of mandamus. This court granted the stay and requested a response. On August 31, 2016, real party in interest Rebecca Creek Distillery, LLC filed a response in which it stated it has agreed to stay all proceedings. The record before this court does not reflect any agreement to stay. Therefore, the parties are ordered to supplement the mandamus record with evidence of any agreement to stay the trial proceedings, such supplementation to be filed within seven days of this of this order.

It is so **ORDERED** on September 12, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2016CI13043, styled *Rebecca Creek Distillery, LLC v. Michael Cameron*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Peter Sakai presiding.